# Third District Court of Appeal

## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0040
Lower Tribunal No. 18-22816

_____

**J.J.L.J.J., S.A., et al.,**
Appellants,

vs.

**Elides Arraiz, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

The Law Offices of Alan Dagen, P.A., and Alan P. Dagen (Weston), for appellants.

Nordlund P.A, and Randall Nordlund; Cuevas, García & Torres, P.A., and Jose A. Torres, for appellees.

Before SCALES, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Haas Automation, Inc. v. Fox</u>, 243 So. 3d 1017, 1023 (Fla. 3d DCA 2018) ("We review a judgment rendered after a bench trial to ensure that the trial court's findings of fact are supported by competent, substantial evidence."); <u>Underwater Eng'g Services, Inc. v. Util. Bd. of City of Key West</u>, 194 So. 3d 437, 444 (Fla. 3d DCA 2016) (The trial court's findings of fact "will not be disturbed unless they are clearly erroneous.") (citation omitted).